UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | Civil Action No. 23-3241 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated May 23, 2025, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Plaintiff's Complaint alleges violations of FOIA with respect to four separate FOIA requests: DOI-BLM-2023-05780, DOI-FWS-2023-005884, DOI-OS-2023-005813, and DOI-OS-2022-003693.

With respect to each request, Defendant reports the following:

DOI-BLM-2023-05780: Defendant completed its preliminary search and identified approximately 7,000 potentially responsive pages. Since the last joint status report on August 22, 2025, Defendant made two interim productions, September 10, 2025 and November 24, 2025 respectively. Further, Defendant made an interim production on August 13, 2025.  Defendant expects to make a production each month hereafter until production is complete.

DOI-FWS-2023-005884: Defendant made its final release with respect to this request on June 26, 2024.

DOI-OS-2023-005813: On June 21, 2024, Defendant completed the processing of this request, except for those pages referred to the Bureau of Land Management. The Bureau of Land

- 2 -

Management will process those pages once it has completed its processing of DOI-BLM-2023-05780.

<u>DOI-OS-2022-003693</u>: Defendant made its final release with respect to this request on April 17, 2025.

\*   \*   \*

- 3 -

The parties will continue to exchange communications and try to resolve Plaintiff's requests without burdening the Court. The parties propose they file a further joint status report on Monday, March 9, 2026.

<table>
<tr><td>

Dated: December 9, 2025
Washington, DC

</td><td>

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        */s/ Brian J. Levy*
       BRIAN J. LEVY
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-6734

*Attorneys for the United States of America*

By:         /s/ Ryan P. Mulvey
       Ryan P. Mulvey
       D.C. Bar No. 1024362
       Lee A. Steven
       D.C. Bar No. 468543
       AMERICANS FOR PROSPERITY
       FOUNDATION
       4201 Wilson Boulevard, Suite 1000
       Arlington, VA 22203
       (571) 329-1716
       rmulvey@afphq.org
       lsteven@afphq.org

</td></tr>
</table>