IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>*Defendant*. | Civil Action No. 23-3241 (DLF) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice with each party to bear its own costs, attorney's fees, and expenses.

Dated: March 9, 2026                                                            Respectfully submitted,

*/s/ Ryan P. Mulvey*                                                             JEANINE FERRIS PIRRO
Ryan P. Mulvey                                                                        United States Attorney
D.C. Bar #1024362
AMERICANS FOR PROSPERITY                                         By: */s/ Brian J. Levy*
FOUNDATION                                                                         BRIAN J. LEVY
4201 Wilson Blvd., Ste. 1000                                                 Assistant United States Attorney
Arlington, VA 22203                                                                601 D Street, NW
(571) 444-2841                                                                         Washington, DC 20530
rmulvey@afphq.org                                                                (202) 252-6734

*Counsel for Plaintiff*                                                               *Attorneys for the United States of America*